UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BERTALINA HERNANDEZ                         CIVIL ACTION

VERSUS                                      NO: 08-3420

MICHAEL J. ASTRUE. COMMISSIONER OF          SECTION: R
THE SOCIAL SECURITY ADMINISTRATION

### ORDER AND REASONS

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation (R. Doc. 25), hereby approves the Report and adopts it as its opinion.

Accordingly,

The Commissioner's decision is REVERSED and the case is REMANDED for further administrative proceedings.

New Orleans, Louisiana, this __1st__ day of October, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE